# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVEN LOGGINS,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>CSAA GENERAL INSURANCE CO., INC.  )<br>a Foreign Insurance Corporation,  )<br>  )<br>Defendant.  )<br>  ) | Case No.: 17-CV-110-JHP-TLW |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all the parties to this action, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal With Prejudice to the right of re-filing as the parties have jointly entered into a release and settlement agreement whereby all of the Plaintiff's claims against Defendant have been settled. The parties request that the Clerk of Court now close the above-listed matter.

Dated: October 28, 2017.

| **Plaintiffs Attorney** | **Defendants Attorneys** |
|---|---|
| /s/ Thomas Mortensen<br>Thomas Mortensen, OBA # 19183<br>1331 S. Denver Ave.<br>Tulsa, Oklahoma 74119<br>(918) 392-9992<br>(918) 392-9993 – Fax<br>tmort70@hotmail.com<br>*Attorney for Plaintiff* | /s/ James N. Edmonds<br>James N. Edmonds, OBA #15757<br>Andrew G. Wakeman, OBA #21393<br>525 S. Main Street, Suite 1500<br>Tulsa, Oklahoma 74103<br>Telephone: (918) 582-8877<br>Facsimile: (918) 585-8096<br>jedmonds@ahn-law.com<br>*Attorneys for Defendant* |